**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2707**

---

GREGORY G. ARMENTO, d/b/a Tradewind Marketing
and Design, d/b/a Cumulus Creative Communica-
tions,

Plaintiff - Appellant,

versus

THE LASER IMAGE, INCORPORATED; DOUGLAS W.
SHERRY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Asheville.  Lacy H. Thornburg, District
Judge.  (CA-95-102-1)

---

Submitted:  January 20, 1998          Decided:  January 28, 1998

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gregory G. Armento, Appellant Pro Se.  David Michael Carter, CARTER
& SCHNEDLER, Asheville, North Carolina; John Craig Cloninger, BLUE,
FELLERATH, CLONINGER, BARBOUR & ARCURI, Asheville, North Carolina,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order entering judgment in favor of Defendants after a bench trial on Appellant's copyright and contract claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Armento v. Laser Image, Inc., No. CA-95-102-1 (W.D.N.C. Oct. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2